```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MYKAYLA FAGNANI,                                            :
                                                            :
                                Plaintiff,                  :
                                                            :         25-CV-05059 (VSB)
                -against-                                   :
                                                            :                ORDER
                                                            :
JOSIE MARAN COSMETICS, LLC,                                 :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on June 16, 2025, (Doc. 1), and filed an affidavit of service on August 26, 2025, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was September 4, 2025. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 27, 2025. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 29, 2025
             New York, New York

                                                  _____
                                                  VERNON S. BRODERICK
                                                  United States District Judge