UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MYKAYLA FAGNANI, ON BEHALF
OF HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

          Plaintiffs,

    v.

JOSIE MARAN COSMETICS, LLC,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-5059

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, JOSIE MARAN COSMETICS, LLC.

Dated:   New York, New York
          October 28, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED: **10/29/2025**

Vernon S. Broderick
United States District Judge